UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT ADAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SYRACUSE, RYAN BRIMMER, *in his individual capacity*, JOSEPH TOLTONE, *in his individual capacity*, AARON CECILE, *in his individual capacity*, LASHONDA RUSSELL, *in her individual capacity*, and JEFFREY BEAUCHINE, *in his individual capacity*, <br><br> Defendants. | Civil Action No.: 5:21-CV-0650 <br> (AMN/MJK) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendants, City of Syracuse, Ryan Brimmer, Joseph Tolone, Aaron Cecile, Lashonda Russell and Jeffrey Beauchine (collectively "Defendants") by and through the undersigned counsel in the above-captioned matter, hereby appeal, by interlocutory appeal, to the United States Court of Appeals for the Second Circuit from the "Memorandum-Decision and Order" of U.S. District Court Judge Anne M. Nardacci for the U.S. District Court for the Northern District of New York dated and entered on September 29, 2025 (*see* Dkt. No. 91), as to those portions of the same Memorandum-Decision and Order—for the purposes of Defendants' interlocutory appeal—denying qualified immunity to Defendants Ryan Brimmer, Joseph Tolone, Aaron Cecile, Lashonda Russell and Jeffrey Beauchine, and any other decision, judgment, or order therein adverse to the interests of all Defendants that is subject to an interlocutory appeal.

**(SIGNATURE ON PAGE TO FOLLOW)**

#45838v1

| | |
|---|---|
| Executed on October 8, 2025<br>Syracuse, New York | SUSAN R. KATZOFF, ESQ.<br>CORPORATION COUNSEL, CITY OF SYRACUSE<br><br>*/S/ Todd M. Long*<br>Todd M. Long, Esq.<br>Senior Corporation Counsel<br>Bar Roll No. 519301<br>300 City Hall<br>Syracuse, New York 13202<br>Tel.: 315-448-8400<br>Fax: 315-448-8381<br>Email: tlong@syr.gov<br><br>*Counsel for Defendants* |

#45838v1

## **CERTIFICATE OF SERVICE**

I declare under the penalty of perjury that on October 8, 2025, the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, and that notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

| | |
|---|---|
| Executed on October 8, 2025<br>Syracuse, New York | SUSAN R. KATZOFF, ESQ.<br>CORPORATION COUNSEL, CITY OF SYRACUSE<br><br>*/S/ Todd M. Long*<br>Todd M. Long, Esq.<br>Senior Corporation Counsel<br>Bar Roll No. 519301<br>300 City Hall<br>Syracuse, New York 13202<br>Tel.: 315-448-8400<br>Fax: 315-448-8381<br>Email: tlong@syr.gov<br><br>*Counsel for Defendants* |

#45838v1